UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SLIMANE BENABDELMOUTALEB,

               Petitioner,

-against-

JOHN ASHCROFT, United States Attorney General,

               Respondent.
-----------------------------------------------------------------X

JUDGMENT
04-CV 3237 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 20 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on May 20, 2005, denying petitioner's petition for a writ of habeas corpus with respect to petitioner's removability; and directing the Clerk of Court to transfer petitioner's October 19 Opposition, Docket Number 8, to the Western District of Louisiana to be filed as a new petition challenging petitioner's present physical confinement; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied with respect to petitioner's removability; and that petitioner's October 19 Opposition, Docket Number 8, is transferred to the Western District of Louisana to be filed as a new petition challenging petitioner's present physical confinement.

Dated: Brooklyn, New York
       May 20, 2005

ROBERT C. HEINEMANN
Clerk of Court